Mary Elizabeth WILSON,
Plaintiff-Appellant,

v.

Robert W. BICCUM, J. W. Miller, C. A. Grobe, G. O. Pittman, J. J. Curtis, T. E. Drone, Charles L. Hammond and Retail Credit Company, Defendants-Appellees.

No. 75–1033.

United States Court of Appeals,
Fifth Circuit.

Feb. 3, 1977.
Rehearing and Rehearing En Banc Denied
March 10, 1977.

W. Roberts Wilson, Jr., Pascagoula, Miss., Augusta Elliott Wilson, Mobile, Ala., for plaintiff-appellant.

John B. Wilkes, Nashville, Tenn., for Assoc. of Trial Lawyers of America, amicus curiae.

Webb M. Mize, W. Joe Blass, Gulfport, Miss., Francis M. Gregory, Jr., Washington, D. C., for defendants-appellees.

Before BROWN, Chief Judge, and JONES and GOLDBERG, Circuit Judges.

PER CURIAM:

With undaunted perseverance reflected by at least four decisions in this Court,[1] Appellant, on a theory of a conspiracy by defendants to conceal their fraud, seeks to bring this case under 42 U.S.C.A. §§ 1983, 1985(3), and 1986. The District Court granted summary judgment which we sustain. There is no adequate state action so § 1983 is unavailable. The § 1985(3) falls before our en banc decision in *McLellan v. Mississippi Power & Light Co.*, 5 Cir., 1976, 545 F.2d 919, rev'g., 526 F.2d 870. As to the asserted pendent state claim no error has been demonstrated.

AFFIRMED.

1. *Wilson v. Retail Credit Co.*, 5 Cir., 1973, 474 F.2d 1260; *Wilson v. Retail Credit Co.*, 5 Cir., 1972, 457 F.2d 1406; *Wilson v. Retail Credit Co.*, S.D.Miss., No. 3846, Aff'd., 5 Cir. 1971, 438

Paul TURNER, Plaintiff-Appellee
Cross-Appellant,

v.

DELTA STEAMSHIP LINES, INC.,
Defendant-Appellant Cross-Appellee.

No. 75–1985.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 1977.

Rehearings Denied March 2, 1977.

G. Edward Merritt, New Orleans, La., for appellant.

Owen J. Bradley, New Orleans, La., for appellee.

Before JONES, WISDOM and GODBOLD, Circuit Judges.

PER CURIAM:

The appellee and cross-appellant, Paul Turner, a merchant seaman, brought an action against Delta Steamship Lines, the appellant and cross-appellee, to recover for the impairment of his hearing as a result of excessive noise on the vessel of Delta on which he was employed. A jury trial was had and a verdict was rendered for Turner. Under the coercion of a conditional order for a new trial, Turner filed a remittitur for the amount which the district court had found to be unjustified. Judgment was entered for the remaining amount. Delta has appealed from the judgment. In his cross-appeal Turner asserts that he is entitled to the full amount of the verdict.

Although the grounds for the appeal and the cross-appeal are phrased in terms of legal propositions, the contentions are primarily factual. There is no error disclosed by the record. The judgment of the district court is

AFFIRMED.

F.2d 1043. *Wilson v. Retail Credit Co.*, S.D. Miss., No. 3846, was originally filed in the Circuit Court of Harrison County, Mississippi, and was removed to the District Court.